United States Courts
Southern District of Texas
FILED
*May 21, 2025*
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JENNIFER J. PEREZ-RODRIGUEZ**, <br><br> Defendant. | Case No. **4:25-cr-00268** <br><br> **COUNT ONE** <br> *Assault of a Federal Officer* <br> 18 U.S.C. § 111(a)(1) and (b) <br> NMT 20 Years' Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years' Supervised Release <br> Class C Felony <br><br> $100 Special Assessment |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Assault of a Federal Officer*

On April 17, 2025, in the Southern District of Texas, the defendant, **JENNIFER J. PEREZ-RODRIGUEZ**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Victim, a special agent of the Federal Bureau of Investigation, while that person was engaged in and on account of the performance of official duties, using a deadly and dangerous weapon, in violation of 18 U.S.C. § 111(a)(1) and (b).

**A TRUE BILL.**

**NICHOLAS J. GANJEI**
United States Attorney

**FOREPERSON OF THE GRAND JURY**

**BYRON H. BLACK**
Assistant United States Attorney
Southern District of Texas

DATED: May 21, 2025
Houston, Texas

1