United States District Court
Southern District of Texas
**ENTERED**
January 08, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. H–25-268 |
| JENNIFER J. PEREZ-RODRIGUEZ | § | |

## O R D E R

It is **ORDERED** that a **Status Conference** is **SET** for **January 14, 2026, at 11:00 a.m.**, in Courtroom 9-B, 9th floor, 515 Rusk, Houston, Texas.

**DEFENDANT MUST BE PRESENT.**

**SIGNED** at Houston, Texas, on this 8th day of January, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE